

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

JANE M. AZIA
BUREAU CHIEF
CONSUMER FRAUDS & PROTECTION BUREAU

April 29, 2025

**By ECF**

The Honorable John G. Koeltl
United State District Judge, Southern District of New York
Daniel Patrick Moynihan United State Courthouse
500 Pearl St., Courtroom 14A
New York, NY 10007

      *DailyPay, LLC v. Attorney General Letitia James*, No. 25 Civ. 2849 (S.D.N.Y.)
      *People of the State of New York v. DailyPay, Inc.*, No. 25 Civ. 3439 (S.D.N.Y.)

Dear Judge Koeltl:

      We write jointly on behalf of all parties in the above-captioned actions, which have been related by the Court, and under Paragraph I.C of Your Honor's Individual Practices to respectfully request an adjournment of the time to move, answer, or otherwise respond to the Complaint or Petition in each of the above-captioned actions. The New York State Office of the Attorney General ("OAG") intends to move to remand the action captioned *People of the State of New York v. DailyPay, Inc.* Because of the overlap of substantive issues involved in the two above-captioned actions, the parties request that the responsive pleading deadline in both actions follow the same schedule and be adjourned until after the Court has ruled on the OAG's forthcoming motion for remand. Such an adjournment would promote efficiency and conserve judicial resources and the resources of the parties. The original deadline for the OAG to move, answer, or otherwise respond to the Complaint in *DailyPay, LLC v. James* is May 1, 2025. The original deadline for DailyPay, Inc. to move, answer, or otherwise respond to the Petition in *People of the State of New York v. DailyPay, Inc.* is May 6, 2025. This is the parties' first request for an adjournment.

*[Handwritten annotation:]* File in 25CV2849 and 25CV3439. Time to respond in both actions is stayed until fourteen days after a decision on the motion to remand in 25CV3439.

So ordered.
/s/ JGKoeltl
U.S.D.J.
4/30/25

2

Respectfully submitted,

By: /s/ Marcus A. Asner
Marcus A. Asner
Yiqing Shi
250 W. 55th Street
New York, NY 10019-9710
Tel: 212.836.8000
Fax: 212.836.8689
marcus.asner@arnoldporter.com
yiqing.shi@arnoldporter.com

Meredith Osborn (*pro hac vice* to be filed)
Three Embarcadero Center 10th Floor
San Francisco, CA 94111-4024
Tel: 415.471.3140
meredith.osborn@arnoldporter.com

ARNOLD PORTER KAYE & SCHOLER LLP

Loretta E. Lynch
Yahonnes Cleary
1285 Avenue of the Americas
New York, NY 10019
Tel: 212.373.3000
lelynch@paulweiss.com
ycleary@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*Attorneys for Plaintiff and Respondent DailyPay, LLC, formerly doing business as DailyPay, Inc.*

By: /s/ Christopher L. Filburn
Christopher L. Filburn
Assistant Attorney General
Bureau of Consumer Frauds & Protection
28 Liberty Street, 20th Floor
New York, New York 10005
Tel.: 212.416.8303
Email: christopher.filburn@ag.ny.gov

*Attorney for Defendant Attorney General Letitia James and Petitioner People of the State of New York*