UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>  Petitioner,<br><br>  v.<br><br>DAILYPAY, INC.,<br><br>  Respondent. | Case No. 25-cv-3439 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel for Respondent DailyPay, LLC, formerly doing business as DailyPay, Inc.

Dated: May 2, 2025
New York, New York

                                PAUL, WEISS, RIFKIND, WHARTON &
                                GARRISON LLP

                                By:  /s/ Loretta E. Lynch
                                     Loretta E. Lynch

                                     1285 Avenue of the Americas
                                     New York, NY 10019
                                     Tel: (212) 373-3118
                                     Fax: (212) 492-0118
                                     lelynch@paulweiss.com

                                     *Attorney for Plaintiff DailyPay, LLC*

1