# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York, <br><br> Petitioner, <br><br> - against - <br><br> DAILYPAY, INC., <br><br> Respondent. | Case No. 25 Civ. 3439 <br><br> **NOTICE OF MOTION TO REMAND** |

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, Petitioner People of the State of New York, by Letitia James, Attorney General of the State of New York, will move the Court, before the Honorable John G. Koeltl, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, as soon as counsel may be heard, for an Order remanding this case to the Supreme Court of New York, County of New York, under 28 U.S.C. § 1447.

Dated: May 12, 2025

Respectfully submitted,

LETITIA JAMES
Attorney General of the State of New York

By: /s/ *Christopher L. Filburn*
Christopher L. Filburn
*Assistant Attorney General*
Bureau of Consumer Frauds & Protection
28 Liberty Street, 20th Floor
New York, New York 10005
Tel.: 212.416.8303
Email: christopher.filburn@ag.ny.gov

*Counsel for Petitioner*
*People of the State of New York*