```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------------

**PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES,**

               Plaintiff,        25-cv-3439 (JGK)

    - against -                <u>ORDER</u>

**DAILYPAY, INC.,**

               Defendant.

---------------------------------------------

**JOHN G. KOELTL, District Judge:**

The plaintiff has filed a motion to remand. ECF No. 13. The defendant shall respond by **Tuesday, May 27, 2025.** The plaintiff may reply by **Friday, June 6, 2025.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **May 13, 2025**

                                        /s/ John G. Koeltl
                                       **John G. Koeltl**
                            **United States District Judge**