# Arnold & Porter

Marcus A. Asner
+1 212.836.7222 Direct
Marcus.Asner@arnoldporter.com

```
Application Granted. SO ORDERED.

Dated:   May 14, 2025              /s/ John G. Koeltl
         New York, New York        John G. Koeltl, U.S.D.J.
```

May 13, 2025

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *People of the State of New York v. DailyPay, Inc.*, No. 25-CV-3439

Dear Judge Koeltl:

      We write jointly on behalf of the parties in the above-captioned action and pursuant to Section I.C. of Your Honor's Individual Practices to request an extension for the time for Respondent to respond to Petitioner's Motion to Remand to State Court (ECF No. 14) and the time for Petitioner to file its reply in support of its motion. The parties request that the time for Respondent to respond to Petitioner's Motion be extended from May 27, 2025 to June 9, 2025 and that the time for Petitioner to file its reply be extended from June 5, 2025 to June 23, 2025. This is the parties' first request for extension in connection with Petitioner's Motion to Remand to State Court.

# Arnold & Porter

May 13, 2025
Page 2

                                                        Respectfully submitted,

By: */s/ Marcus A. Asner*
Marcus A. Asner
Yiqing Shi
250 W. 55th Street
New York, NY 10019-9710
Tel: 212.836.8000
Fax: 212.836.8689
marcus.asner@arnoldporter.com
yiqing.shi@arnoldporter.com

Meredith Osborn (*pro hac vice* pending)
Three Embarcadero Center 10th Floor
San Francisco, CA 94111-4024
Tel: 415.471.3140
meredith.osborn@arnoldporter.com

ARNOLD PORTER KAYE & SCHOLER LLP

Loretta E. Lynch
Yahonnes Cleary
1285 Avenue of the Americas
New York, NY 10019
Tel: 212.373.3000
lelynch@paulweiss.com
ycleary@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*Attorneys for Respondent DailyPay, LLC, formerly doing business as DailyPay, Inc.*

By: */s/ Christopher L. Filburn*
Christopher L. Filburn
Assistant Attorney General
Bureau of Consumer Frauds & Protection
28 Liberty Street, 20th Floor
New York, New York 10005
Tel.: 212.416.8303
Email:
christopher.filburn@ag.ny.gov

*Attorney for Petitioner People of the State of New York*